IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| GREGORY GILLILAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CV 106-124 |
| | ) |
| J. BAKER BROWN, Doctor, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Now before the Court are Plaintiff's objections to the Magistrate Judge's Report and Recommendation (doc. no. 14) and motion for a continuance (doc. no. 15).[1] In his objections/motion, Plaintiff contends that he has sufficient evidence that Defendants neglected a serious medical need that an attorney is currently reviewing, and as such, the Court should grant him a continuance. (Doc. nos. 14, 15, p.1). Plaintiff also alleges that Defendants Judith B. Brown, Timothy C. Young, and Billy M. Nichols were mentioned in his amended complaint and that he had been forced to write on the back of the documents the Court sent to him. (Doc. no. 14, pp. 1, 2-3; doc. no. 15, pp. 1, 2-3).

Despite his arguments to the contrary, Plaintiff failed to state what evidence he has that supports a deliberate indifference claim, or otherwise overcome the fact that he did not

---

[1] The Court notes that Plaintiff's objections and motion for a continuance were written together in the same submission. Thus, there is only one document that was docketed as document numbers 14 and 15.

establish a causal connection between Nurse L. Beard and his general complaints about his medical care. Further, although the Court reviewed both sides of the documents Plaintiff filed in this case, the Court finds no writing on the back side of any document, nor did Plaintiff cite Defendants Brown, Young, and Nichols in his statement of claim. Accordingly, Plaintiff's motion for a continuance (doc. no. 15) is **DENIED**, and Plaintiff's objections are **OVERRULED** (doc. no. 14).

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, and this civil action shall be **CLOSED**.

SO ORDERED this 21st day of December, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE